

# NUMBER 13-21-00266-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAMES LEWIS COQUAT,                                               Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

## On appeal from the 156th District Court
## of Live Oak County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

This cause is before this Court on appellee the State of Texas's fourth motion for extension of time to file brief. Appellee's brief was initially due to be filed on December 6, 2021. This Court granted three motions filed by appellee for extensions of time to file the brief, and the brief was due on July 18, 2022. Appellee's counsel represents in his motion that he is currently preparing for trial in three murder cases and has been dealing with a

serious health issue for the past eight weeks.

We GRANT appellees' fourth motion for extension of time and ORDER appellee's brief to be filed on or before Wednesday, August 17, 2022. No further extensions of time will be granted.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
26th day of July, 2022.